IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NATHANIEL HARRIS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 10-00034-WS-N |
| | ) |
| TONY PATTERSON, | ) |
| | ) |
| Respondent. | ) |

## JUDGMENT

In accordance with the order entered on this date, it is **ORDERED**, **ADJUDGED** and **DECREED** that this action be and is hereby **DISMISSED** for lack of jurisdiction due to petitioner's failure to seek authorization from the Eleventh Circuit Court of Appeals pursuant 28 U.S.C. § 2244(b)(3)(A) to file a successive petition, and that a Certificate of Appealability is **DENIED**.

**Done** this 8th day of June, 2010.

                                                    s/WILLIAM H. STEELE
                                                    CHIEF UNITED STATES DISTRICT JUDGE